**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIAN WADE, | ) No. EDCV 07-00633 SS |
|         Plaintiff, | ) |
|     v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration | ) |
|         Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: April 14, 2008.                                        /S/

                                                                  SUZANNE H. SEGAL
                                            UNITED STATES MAGISTRATE JUDGE